Ricky Glendall DAVIS, Plaintiff–
Appellant,

v.

Timothy A. SMITH, Patrol Officer, Suf-
folk Police Department; J.R. Rivera,
Patrol Officer, Suffolk Police Depart-
ment, Defendants–Appellees.

No. 10-7520.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 28, 2011.

Decided: March 9, 2011.

Ricky Glendall Davis, Appellant Pro Se.
D. Rossen S. Greene, Pender & Coward,
Suffolk, Virginia, for Appellees.

Before TRAXLER, Chief Judge, and
KING and DIAZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Ricky Glendall Davis, a state prisoner,
appeals the district court's order denying
relief on his 42 U.S.C. § 1983 (2006) com-
plaint. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Davis v. Smith,* No. 3:09–cv–
00274–HEH, 2010 WL 3835026 (E.D.Va.
Sept. 28, 2010). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*